IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 19-698 |
| ANTHONY BELLISARIO | |

## MOTION FOR ARREST WARRANT
## BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Rebecca L. Silinski, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, Anthony Bellisario, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant committed possession of a firearm by a convicted felon, possession of a firearm by a fugitive from justice, and possession of a firearm by an unlawful user of or addicted to a controlled substance, and possession of material depicting the sexual exploitation of a minor, in violation of Title 18, United States Code, Sections 922(g)(1)(2) and (3), 2252(a)(4)(B) and 2252(b)(2).

Recommended bond: Detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *[signature]*
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774